UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACEY RINGLEY on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL METAL FINISHING, LLC,<br><br>Defendant. | No. 1:18-cv-03247-JRS-DLP |

**JOINT MOTION FOR ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (2) APPROVING FORM AND MANNER OF NOTICE TO THE PROPOSED SETTLEMENT CLASS MEMBERS; (3) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AND (4) FINALLY APPROVING THE SETTLEMENT**

Lacey Ringley (the "Named Plaintiff" or "Class Representative"), on behalf of herself and the individuals named on Exhibit A to the Settlement Agreement[1] (the "Proposed Settlement Class Members"), on the one hand, and Cardinal Metal Finishing, LLC (the "Defendant"), on the other hand (sometimes collectively referred to herein as the "Parties"), by and through their respective counsel of record, submit this Joint Motion for the entry of an Order: (1) Preliminarily Approving the Settlement Agreement between Class Representative, on behalf of herself and the Proposed Settlement Class Members, and Defendant; (2) Approving the Form and Manner of Notice to the Proposed Settlement Class Members; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement. In support of the Joint Motion, the Parties submit a memorandum of law and the exhibits thereto.

---

[1] The Settlement Agreement is attached as Exhibit 1 to the Memorandum in Support of the Joint Motion.

1

Dated:  June 10, 2019 		Respectfully submitted,


			s/ Mary E. Olsen				

			LANKENAU & MILLER, LLP
			Stuart J. Miller (SJM 4276)
			sjm@lankmill.com
			132 Nassau Street, Suite 1100
			New York, New York 10038
			P: (212) 581-5005
			F: (212) 581-2122

			THE GARDNER FIRM, P.C.
			Mary E. Olsen
			molsen@thegardnerfirm.com
			M. Vance McCrary
			vmccrary@thegardnerfirm.com
			182 St. Francis Street, Suite 103
			Post Office Drawer 3103
			Mobile, Alabama 36652
			P: (251) 433-8100
			F: (251) 433-8181

			*Attorneys For the Class Representative*
			*And The Settlement Class*


			s/     Bernie W. (Too) Keller           
			Bernie W. (Too) Keller
			KELLER MACALUSO LLC
			760 3rd Avenue SW, Suite 210
			Carmel, IN  46032
			(317) 660-3400
			(317) 660-3401 (Fax)
			too@kellermacaluso.com

			Julie L. Gottshall
			Laura D. Waller
			KATTEN MUCHIN ROSENMAN LLP
			525 W. Monroe Street
			Chicago, IL 60661
			(312) 902-5200 (Phone)
			(312) 902-1061 (Fax)
			julie.gottshall@kattenlaw.com
			laura.waller@kattenlaw.com


			*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of June, 2019 I filed the foregoing with the Clerk of the Court, which will send a notice of electronic filing to all counsel of record using the CM/ECF system.

                                        s/ Mary E. Olsen_____