UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACEY RINGLEY on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-03247-JRS-DLP ) |
| CARDINAL METAL FINISHING, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Having considered the Parties' joint stipulation to voluntarily dismiss this action, with prejudice (the "Stipulation");

**IT IS ORDERED THAT**:

The complaint and all claims against Defendant in the above styled proceeding are hereby **DISMISSED,** with prejudice. The dismissal of these claims is made pursuant to, and subject to, Paragraph 11 of the Settlement, which was approved by Final Order of this Court, dated January 13, 2020 (Doc. 56).  Each Party is to bear their own costs and fees.

SO ORDERED.

Date: 6/3/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.